**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Jesse | Davis |
| | First Name    Middle Name | Last Name |
| Debtor 2 | Ebony | Davis |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known): 2020-13888

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** Shellpoint Mortgage Servicing<br>Creditor's name<br>P.O. Box 740039<br>Number    Street<br><br>Cincinnati    OH    45274-0039<br>City    State    ZIP Code<br><br>Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred    2006 | Describe the property that secures the claim:<br>Real property<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☑ An agreement you made (such as mortgage or secured car loan)<br>☑ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number  0  1  6  8 | $155,088.78 | $153,000.00 | $2,088.78 |

Add the dollar value of your entries in Column A on this page. Write that number here: **$155,088.78**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$155,088.78**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Jesse | Davis |
| | First Name  Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Ebony | Davis |
| | First Name  Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DIST. OF PENNSYLVANIA

Case number (if known): 2020-13888

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | | $13,720.70 | $13,720.70 | $0.00 |

**Department of Treasury-IRS**
Priority Creditor's Name
**PO Box 8208**
Number   Street

Philadelphia   PA   19101-8208
City   State   ZIP Code

Last 4 digits of account number   9  4  0  9
When was the debt incurred?   09/28/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Is the claim subject to offset?
☑ No
☐ Yes

Unknown tax year

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1

Debtor 1  Jesse Davis
Debtor 2  Ebony Davis                                                Case number (if known) 2020-13888

| Part 1: | Your PRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.2** Department of Treasury-IRS<br>PO Box 8208<br>Philadelphia, PA 19101-8208 | $9,908.13 | $9,908.13 | $0.00 |

Last 4 digits of account number  9 4 0 9
When was the debt incurred?  09/28/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

H IRS claim uses W SS and date of notice.

Debtor 1  **Jesse Davis**
Debtor 2  **Ebony Davis**                                                        Case number (if known) 2020-13888

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**                                                                                                        $30,314.00

**AMEX**
Nonpriority Creditor's Name
**PO Box 297871**
Number    Street

**Fort Lauderdale    FL    33329**
City               State   ZIP Code

Last 4 digits of account number    x  x  x  x
When was the debt incurred?    02/25/1992

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**4.2**                                                                                                        $6,961.00

**Capital One Bank USA N**
Nonpriority Creditor's Name
**PO Box 31293**
Number    Street

**Salt Lake City    UT    84131**
City               State   ZIP Code

Last 4 digits of account number    x  x  x  x
When was the debt incurred?    08/20/2008

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1  **Jesse Davis**
Debtor 2  **Ebony Davis**                                                                 Case number (if known) __2020-13888__

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**                                                                                          $1,089.00

**CBNA**
Nonpriority Creditor's Name
**50 Northwest Point Road**
Number    Street

**Elk Grove Village    IL    60007**
City                State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   x  x  x  x
When was the debt incurred?   01/31/2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.4**                                                                                           $61.00

**Choice Recovery**
Nonpriority Creditor's Name
**1105 Schrock Rd, Ste. 700**
Number    Street

**Columbus    OH    43229**
City                State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   3  1  x  x
When was the debt incurred?   05/11/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Service**

---

**4.5**                                                                                          $206.00

**Choice Recovery**
Nonpriority Creditor's Name
**1105 Schrock Rd, Ste. 700**
Number    Street

**Columbus    OH    43229**
City                State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   3  1  x  x
When was the debt incurred?   05/11/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Service**

---

Debtor 1 **Jesse Davis**
Debtor 2 **Ebony Davis**                                          Case number (if known) __2020-13888__

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

### 4.6

**Citadel Federal Credit Union**
Nonpriority Creditor's Name
**520 Eagleview Rd.**
Number  Street

**Exton**           **PA**    **19341**
City                State   ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  x x x x
When was the debt incurred?  09/29/2018

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

$4,838.00

### 4.7

**Citicard CBNA**
Nonpriority Creditor's Name
**PO Box 6241**
Number  Street

**Sioux Falls**      **SD**    **57117**
City                State   ZIP Code

Who incurred the debt?  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  x x x x
When was the debt incurred?  11/02/2006

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

$9,587.00

### 4.8

**Commercial Acceptance Co.**
Nonpriority Creditor's Name
**2300 Gettysburg Road**
Number  Street
**Suite 102**

**Camp Hill**        **PA**    **17011-7303**
City                State   ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  M 5 M Q
When was the debt incurred?  01/01/2020

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Medical Service**

$1,422.61

Debtor 1  **Jesse Davis**
Debtor 2  **Ebony Davis**                                                                  Case number (if known) __2020-13888__

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.9**                                                                                                              **$1,886.00**

**JPMCB Card**
Nonpriority Creditor's Name
PO Box 15369
Number    Street

Wilmington        DE    19850
City              State  ZIP Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  x  x  x  x
When was the debt incurred?  10/04/2008

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Credit Card**

---

**4.10**                                                                                                             **$9,046.00**

**Sallie Mae Bank Inc.**
Nonpriority Creditor's Name
PO Box 3229
Number    Street

Wilmington        DE    19804
City              State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  x  x  x  x
When was the debt incurred?  02/17/2012

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

**4.11**                                                                                                            **$14,272.00**

**Sallie Mae Bank Inc.**
Nonpriority Creditor's Name
PO Box 3229
Number    Street

Wilmington        DE    19804
City              State  ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  5  2  5  0
When was the debt incurred?  06/112013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 6

Debtor 1: Jesse Davis
Debtor 2: Ebony Davis
Case number (if known): 2020-13888

**Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

---

**4.12** — Total claim: **$5,830.00**

Sallie Mae Bank Inc.
PO Box 3229
Wilmington, DE 19804

- Last 4 digits of account number: x x x x
- When was the debt incurred? 06/13/2014
- Type of NONPRIORITY unsecured claim: ☑ Student loans
- Who incurred the debt? ☑ Debtor 1 and Debtor 2 only
- Is the claim subject to offset? ☑ No

---

**4.13** — Total claim: **$7,788.00**

Sallie Mae Bank Inc.
PO Box 3229
Wilmington, DE 19804

- Last 4 digits of account number: x x x x
- When was the debt incurred? 09/24/2012
- Type of NONPRIORITY unsecured claim: ☑ Student loans
- Who incurred the debt? ☑ Debtor 1 and Debtor 2 only
- Is the claim subject to offset? ☑ No

---

**4.14** — Total claim: **$7,191.00**

Sallie Mae Bank Inc.
PO Box 3229
Wilmington, DE 19804

- Last 4 digits of account number: x x x x
- When was the debt incurred? 07/23/2012
- Type of NONPRIORITY unsecured claim: ☑ Student loans
- Who incurred the debt? ☑ Debtor 1 and Debtor 2 only
- Is the claim subject to offset? ☑ No

---

Debtor 1  **Jesse Davis**
Debtor 2  **Ebony Davis**                                                      Case number (if known) __2020-13888__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.15  $9,710.00

**Sallie Mae Bank Inc.**
Nonpriority Creditor's Name
**PO Box 3229**
Number      Street

**Wilmington        DE      19804**
City              State   ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   x  x  x  x
When was the debt incurred?   07/24/2015

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [x] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

### 4.16  $8,081.00

**WF CRD SVC**
Nonpriority Creditor's Name
**PO Box 14517**
Number      Street

**Des Moines        IA      50306**
City              State   ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   x  x  x  x
When was the debt incurred?   08/20/2012

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Debtor 1   Jesse Davis
Debtor 2   Ebony Davis                                                     Case number (if known) __2020-13888__

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $23,628.83 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | Total. Add lines 6a through 6d. | 6d. | **$23,628.83** |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $44,127.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $9,710.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $64,445.61 |
|  | 6j. | Total. Add lines 6f through 6i. | 6j. | **$118,282.61** |

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 9