**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jesse Davis | CHAPTER 13 |
|        Ebony Davis | |
| <u>Debtor(s)</u> | BKY. NO. 20-13888 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                Respectfully submitted,

                            /s/ *Rebecca Solarz*
                            Rebecca Solarz
                            04 Dec 2020, 14:53:54, EST

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322