UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
    Jesse Davis                              Bankruptcy No.20-13888-AMC
    Ebony Davis

            Debtors

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the

above-referenced case has been served this 5th day of February, 2021, by first class mail upon

those listed below:

Jesse Davis
Ebony Davis
404 Caldwater Cir.
Exton, PA  19341

**Electronically via CM/ECF System Only:**

DIANE S TOSTA ESQ
P O BOX 618
EAGLEVILLE, PA  19408

/s/ Deborah A. Earnshaw
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee