**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jesse** | | **Davis** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ebony** | | **Davis** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known)  **2020-13888**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**BMW Bank of North America**
Creditor's name
**PO Box 3608**
Number   Street

**Dublin           OH     43016-0306**
City              State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred   **2018**

Describe the property that secures the claim:
**2014 BMW 435xi**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Purchase Money**

Last 4 digits of account number   **0  7  3  8**

Column A: **$24,971.54**   Column B: **$21,000.00**   Column C: **$3,971.54**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$24,971.54**

| | |
|---|---|
| Debtor 1 | Jesse Davis |
| Debtor 2 | Ebony Davis |

Case number (if known) __2020-13888__

### Part 1: Additional Page

After listing any entries on this page, number them sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.2**

**BMW Bank of North America**
Creditor's name
**PO Box 3608**
Number    Street

_____

**Dublin        OH    43016-0306**
City              State    ZIP Code

**Describe the property that secures the claim:**

**2014 BMW335xi**

$24,164.15        $18,600.00        $5,564.15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Purchase Money**

Date debt was incurred  __2018__    Last 4 digits of account number  __5__ __9__ __2__ __6__

**2.3**

**Shellpoint Mortgage Servicing**
Creditor's name
**P.O. Box 740039**
Number    Street

_____

**Cincinnati        OH    45274-0039**
City              State    ZIP Code

**Describe the property that secures the claim:**

**Real property**

$156,133.25        $153,000.00        $3,133.25

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  __2006__    Last 4 digits of account number  __0__ __1__ __6__ __8__

**Add the dollar value of your entries in Column A on this page.  Write that number here:**   $180,297.40

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**   $205,268.94

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2