| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13888-AMC**

Jesse Davis                                                                 Petition Filed Date: 09/28/2020
Ebony Davis                                                                 341 Hearing Date: 11/20/2020
404 Caldwater Cir.                                                          Confirmation Date:
Exton  PA  19341

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/05/2020 | $1,000.00 | 6112347361 | 11/05/2020 | $1,000.00 | 6112347387 | 11/05/2020 | $1,000.00 | 6112347379 |
| 11/05/2020 | $800.00 | 6112347403 | 11/30/2020 | $1,000.00 | 6112347452 | 11/30/2020 | $1,000.00 | 6112347460 |
| 11/30/2020 | $1,000.00 | 6112347445 | 11/30/2020 | $800.00 | 6112347478 | 12/30/2020 | $3,800.00 | |
| 01/28/2021 | $3,800.00 | | 03/01/2021 | $3,800.00 | | 03/29/2021 | $3,800.00 | |
| 04/29/2021 | $3,800.00 | | 06/01/2021 | $3,800.00 | | | | |

**Total Receipts for the Period: $30,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,400.00 | Current Monthly Payment: | $3,800.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,242.00 | Total Plan Base: | $136,800.00 |
| Funds on Hand: | $28,158.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.