**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JESSE DAVIS and | ) | CASE NO. 20-13888-AMC |
| EBONY DAVIS, | ) | |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| BMW BANK OF NORTH AMERICA, | ) | **HEARING DATE:** |
| | ) | Wednesday, May 25, 2022 |
| Movant | ) | 11:00 a.m. |
| vs. | ) | |
| | ) | **LOCATION**: |
| JESSE DAVIS and | ) | U.S. Bankruptcy Court |
| EBONY DAVIS | ) | Eastern District of Pennsylvania |
| Respondents | ) | Courtroom #4 |
| | ) | 900 Market Street |
| and | ) | Philadelphia, PA 19107 |
| SCOTT F. WATERMAN, | ) | |
| Trustee | ) | |

**PRAECIPE TO WITHDRAW BMW BANK OF NORTH AMERICA'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE CLERK:

Kindly withdraw BMW Bank of North America's Motion for Relief from Automatic Stay in reference to the above matter, without prejudice.

        Respectfully submitted,

        MESTER & SCHWARTZ, P.C.

          /s/  Jason Brett Schwartz
        Jason Brett Schwartz, Esquire
        1917 Brown Street
        Philadelphia, PA  19107
        (267) 909-9036