| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13888-AMC

Jesse Davis
Ebony Davis
404 Caldwater Cir.
Exton  PA    19341

Petition Filed Date: 09/28/2020
341 Hearing Date: 11/20/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $3,800.00 | | 06/01/2021 | $3,800.00 | | 06/28/2021 | $3,800.00 | |
| 07/28/2021 | $3,800.00 | | 08/30/2021 | $3,800.00 | | 09/28/2021 | $3,800.00 | |
| 10/28/2021 | $3,800.00 | | 11/30/2021 | $3,800.00 | | 12/28/2021 | $3,800.00 | |
| 01/28/2022 | $3,800.00 | | 03/01/2022 | $3,800.00 | | 03/28/2022 | $3,800.00 | |
| 04/28/2022 | $3,800.00 | | 05/31/2022 | $3,800.00 | | 06/29/2022 | $3,800.00 | |
| 07/29/2022 | $3,800.00 | | | | | | | |

**Total Receipts for the Period: $60,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $83,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $7,472.40 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $30,314.34 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $6,961.91 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $4,656.70 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $7,372.18 | $0.00 | $0.00 |
| 6 | BMW FINANCIAL SERVICES NA<br>»» 006 | Secured Creditors | $24,164.15 | $0.00 | $0.00 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $9,587.74 | $0.00 | $0.00 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $1,089.88 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $26,159.06 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $18,554.34 | $0.00 | $0.00 |
| 11 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 010 | Secured Creditors | $2,008.86 | $0.00 | $0.00 |
| 12 | BMW FINANCIAL SERVICES NA<br>»» 011 | Secured Creditors | $24,971.54 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NEVADA NA<br>»» 012 | Unsecured Creditors | $8,081.09 | $0.00 | $0.00 |
| 14 | WELLSPAN<br>»» 013 | Unsecured Creditors | $1,201.70 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13888-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITADEL FEDERAL CREDIT UNION<br>»» 014 | Unsecured Creditors | $4,838.77 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 015 | Unsecured Creditors | $70,164.08 | $0.00 | $0.00 |
| 17 | WEST CHESTER AREA SCHOOL DISTRICT<br>»» 016 | Unsecured Creditors | $1,791.58 | $0.00 | $0.00 |
| 18 | TOWNSHIP OF WEST GOSHEN<br>»» 017 | Unsecured Creditors | $1,791.52 | $0.00 | $0.00 |
| 0 | DIANE S TOSTA ESQ | Attorney Fees | $2,000.00 | $0.00 | $2,000.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $83,600.00 | Current Monthly Payment: | $3,800.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,802.00 | Total Plan Base: | $136,800.00 |
| Funds on Hand: | $76,798.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.