# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-13888-amc |
| Jesse Davis<br>Ebony Davis<br>　　　Debtors | Chapter 13<br><br>Judge: Ashely M. Chan |
| Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust<br>　　　Movant | |
| Jesse Davis<br>Ebony Davis<br>Scott F. Waterman- Trustee<br>　　　Respondents | |

## ORDER APPROVING CASH FOR KEYS SETTLEMENT STIPULATION

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED and DECREED that the Cash for Keys Settlement Stipulation between Debtor and Creditor, Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust is hereby APPROVED.

It is further ORDERED and DECREED that the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. §1301, is hereby VACATED with respect to the real property at 77 Candee Rd, Naugatuck, CT 06770. The 14 day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby WAIVED.

BY THE COURT: _/s/ Ashely M. Chan_____

**Date: August 22, 2022**

Ashely M. Chan
Bankruptcy Judge