United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13888-amc |
| Jesse Davis | Chapter 13 |
| Ebony Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jesse Davis, Ebony Davis, 404 Caldwater Cir., Exton, PA 19341 |
| cr | + | Rushmore Loan Management Services LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Aug 24 2022 00:00:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 24 2022 00:06:08 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 24 2022 00:06:12 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:**

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Aug 23, 2022     Form ID: pdf900     Total Noticed: 5

**Name**     **Email Address**

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

DIANE S. TOSTA
on behalf of Joint Debtor Ebony Davis dianetostaesq@gmail.com

DIANE S. TOSTA
on behalf of Debtor Jesse Davis dianetostaesq@gmail.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor U.S. Bank Trust National Association as Trustee of BKPL-EG Holding Trust bk@rgalegal.com

JASON BRETT SCHWARTZ
on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com

JONATHAN C. SCHWALB
on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Holding Trust lmoyer@friedmanvartolo.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Holding Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-13888-amc |
| Jesse Davis<br>Ebony Davis<br>　　　Debtors | Chapter 13<br><br>Judge: Ashely M. Chan |
| Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust<br>　　　Movant | |
| Jesse Davis<br>Ebony Davis<br>Scott F. Waterman- Trustee<br>　　　Respondents | |

## ORDER APPROVING CASH FOR KEYS SETTLEMENT STIPULATION

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED and DECREED that the Cash for Keys Settlement Stipulation between Debtor and Creditor, Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust is hereby APPROVED.

It is further ORDERED and DECREED that the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. §1301, is hereby VACATED with respect to the real property at 77 Candee Rd, Naugatuck, CT 06770. The 14 day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby WAIVED.

**Date: August 22, 2022**

BY THE COURT: _____
Ashely M. Chan
Bankruptcy Judge