United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 20-13888-amc
Jesse Davis                                         Chapter 13
Ebony Davis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                          User: admin                                        Page 1 of 4
Date Rcvd: May 03, 2023                               Form ID: 155                                 Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jesse Davis, Ebony Davis, 404 Caldwater Cir., Exton, PA 19341 |
| 14548059 | + | Arcadya, PO Box 6768, Wyomissing, PA 19610-0768 |
| 14548063 | | Brandywine Valley, PO Box 1870, Cary, NC 27512-1870 |
| 14548053 | | Capital One Management, 698 South Ogdon Street, Buffalo, NY 14206-2317 |
| 14548056 | + | Coatesville Cardiology Clinic, PO Box 14099, Belfast, ME 04915-4034 |
| 14548065 | | Digestive Disease Assoc., PO Box 1870, Cary, NC 27512-1870 |
| 14548068 | + | First States Financial, PO Box 5827, Reading, PA 19610-5827 |
| 14548054 | + | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14548069 | | Life Counseling Svcs., PO Box 3475, Toledo, OH 43607-0475 |
| 14548052 | | Midlantic Urology, PO Box 1870, Cary, NC 27512-1870 |
| 14566898 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14548051 | + | Radius Global Solutions, PO Box 39095, Minneapolis, MN 55439-0095 |
| 14548067 | + | Ratchford Law Group, P.C., 54 Glenmaura National Blvd., Suite 104, Moosie, PA 18507-2161 |
| 14548048 | | Reamstown Fire Company, PO Box 726, New Cumberland, PA 17070-0726 |
| 14548055 | | Tower Health System, PO Box 16051, Reading, PA 19612-6051 |
| 14579581 | + | Township of West Goshen, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14548058 | | Tri-County Hospital, PO Box 37803, Baltimore, MD 21297-7803 |
| 14548050 | + | Uwchlan Ambulance Corp., 70 West Welch Pool Rd., Exton, PA 19341-1222 |
| 14548057 | + | Wellspan, PO Box 15119, York, PA 17405-7119 |
| 14579559 | + | West Chester Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14547261 | + | Email/Text: bkfilings@zwickerpc.com | | |
| | | | May 03 2023 23:45:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14548037 | + | Email/Text: bkfilings@zwickerpc.com | | |
| | | | May 03 2023 23:45:00 | American Express National Bank, c/o Zwicker & Associates P.C., 80 Minuteman Rd., PO Box 9043, Andover, Mass. 01810-0943 |
| 14547685 | + | Email/Text: bkfilings@zwickerpc.com | | |
| | | | May 03 2023 23:45:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14547185 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | May 03 2023 23:53:42 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14554908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14548038 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 03 2023 23:52:45 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14548040 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:52:49 | BMW Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 14547702 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 23:52:50 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14548039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2023 23:52:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14548045 | + | Email/Text: bankrupt@choicerecovery.com | May 03 2023 23:52:45 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14548035 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 03 2023 23:44:00 | Choice Recovery, 1105 Schrock Rd., Ste. 700, Columbus, OH 43229-1168 |
| 14555580 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:45:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton,, PA 19341-1119 |
| 14548041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:53:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14548070 | + | Email/Text: mediamanagers@clientservices.com | May 03 2023 23:52:51 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14548046 | + | Email/Text: dylan.succa@commercialacceptance.net | May 03 2023 23:44:00 | Client Services, inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 14548047 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2023 23:45:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Ste. 102, Camp Hill, PA 17011-7303 |
| 14548062 | ^ | MEBN | May 03 2023 23:45:00 | Department of the Treasury, Internal Revenue Service, ACS Support, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14548066 | | Email/Text: Harris@ebn.phinsolutions.com | May 03 2023 23:40:43 | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 14548042 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 03 2023 23:45:00 | Harris & Harris LTD, 111 West Jackson Blvd., Ste. 400, Chicago, IL 60604-4135 |
| 14547378 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 03 2023 23:53:27 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 14548061 | ^ | MEBN | May 03 2023 23:45:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14548049 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2023 23:40:45 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14549889 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2023 23:45:00 | Midland Credit Management, 350 Camino De la Reina, Suite 100, San Diego, CA 92108-3007 |
| 14548064 | | Email/Text: Bankruptcies@nragroup.com | May 03 2023 23:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14572535 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 03 2023 23:45:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14556065 | + | Email/Text: mtgbk@shellpointmtg.com | May 03 2023 23:52:49 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14548060 | + | Email/Text: bkrnotice@prgmail.com | May 03 2023 23:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Bankruptcy Dept, PO Box 10826, Greenville, SC 29603-0826 |
| 14644180 | ^ | MEBN | May 03 2023 23:45:00 | Paragon Revenue Group, 216 Le Phillip Ct NE, Concord, NE 28025-2954 |
| | | | May 03 2023 23:41:03 | Rushmore Loan Management Services, LLC, c/o Lorraine Gazzara Doyle, FRIEDMAN |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 14548043 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:52:45 | SYBCB/Care Credit, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 14548036 | + | Email/Text: ebn_bkrt_forms@salliemae.com | May 03 2023 23:45:00 | Sallie Mae Bank Inc., PO Box 3229, Wilmington, DE 19804-0229 |
| 14548034 | | Email/Text: mtgbk@shellpointmtg.com | May 03 2023 23:45:00 | Shellpoint Mortgage Servicing, PO Box 51850, Livonia, MI 48151-5850 |
| 14624904 | | Email/Text: flyersprod.inbound@axisai.com | May 03 2023 23:45:00 | U.S. Bank Trust National Association, as, Trustee of BKPL-EG Holding Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14548044 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 03 2023 23:52:45 | WF CRD SVC, PO Box 14517, Des Moines, IA 50306-3517 |
| 14557741 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 03 2023 23:52:45 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14548032 | | CREDITORS MATRIX |
| 14644107 | | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services LLC as Servicer for U.S. Bank, 1325 Franklin Avenue, Suite 230Garden Ci |
| 14547186 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14547188 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14548033 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, PO Box 69, Stop 811, Memphis, TN 38101-0069 |
| 14644180 | ##+ | Rushmore Loan Management Services, LLC, c/o Lorraine Gazzara Doyle, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 03, 2023 | Form ID: 155 | Total Noticed: 53 |

CHARLES GRIFFIN WOHLRAB
   on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

DIANE S. TOSTA
   on behalf of Joint Debtor Ebony Davis dianetostaesq@gmail.com

DIANE S. TOSTA
   on behalf of Debtor Jesse Davis dianetostaesq@gmail.com

EMMANUEL J. ARGENTIERI
   on behalf of Creditor U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust bk@rgalegal.com

JASON BRETT SCHWARTZ
   on behalf of Creditor BMW Bank of North America jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JONATHAN C. SCHWALB
   on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com

LAUREN MOYER
   on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust lmoyer@friedmanvartolo.com

ROGER FAY
   on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jesse Davis and Ebony Davis
        Debtor(s)　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 20−13888−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 3, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　106
　　　　　　　　　　　　　　　　　　　　　　　　　Form 155