| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-13888-AMC**

Jesse Davis  
Ebony Davis  
404 Caldwater Cir.  
Exton  PA  19341

Petition Filed Date: 09/28/2020  
341 Hearing Date: 11/20/2020  
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | $3,800.00 | | 09/30/2022 | $3,800.00 | | 10/31/2022 | $3,800.00 | |
| 11/30/2022 | $3,800.00 | | 12/30/2022 | $3,800.00 | | 02/02/2023 | $750.00 | |
| 03/01/2023 | $750.00 | | 03/29/2023 | $750.00 | | 05/01/2023 | $750.00 | |
| 05/30/2023 | $750.00 | | 06/29/2023 | $750.00 | | 07/28/2023 | $750.00 | |

**Total Receipts for the Period: $24,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $107,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $7,472.40 | $3,104.35 | $4,368.05 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $30,314.34 | $12,593.87 | $17,720.47 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $6,961.91 | $2,892.28 | $4,069.63 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $4,656.70 | $1,934.60 | $2,722.10 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $7,372.18 | $3,062.72 | $4,309.46 |
| 6 | BMW FINANCIAL SERVICES NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $9,587.74 | $3,983.15 | $5,604.59 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $1,089.88 | $444.23 | $645.65 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $26,159.06 | $26,159.06 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $18,554.34 | $7,708.27 | $10,846.07 |
| 11 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BMW FINANCIAL SERVICES NA<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NEVADA NA<br>»» 012 | Unsecured Creditors | $8,081.09 | $3,357.23 | $4,723.86 |
| 14 | WELLSPAN<br>»» 013 | Unsecured Creditors | $1,201.70 | $489.80 | $711.90 |
| 15 | CITADEL FEDERAL CREDIT UNION<br>»» 014 | Unsecured Creditors | $4,838.77 | $2,010.23 | $2,828.54 |

**Chapter 13 Case No. 20-13888-AMC**

| 16 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 015 | Unsecured Creditors | $70,164.08 | $29,149.16 | $41,014.92 |
|---|---|---|---|---|---|
| 17 | WEST CHESTER AREA SCHOOL DISTRICT<br>»» 016 | Unsecured Creditors | $1,791.58 | $730.23 | $1,061.35 |
| 18 | TOWNSHIP OF WEST GOSHEN<br>»» 017 | Unsecured Creditors | $1,791.52 | $730.21 | $1,061.31 |
| 0 | DIANE S TOSTA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $107,850.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $98,349.39 | Arrearages: | ($750.00) |
| Paid to Trustee: | $8,772.00 | Total Plan Base: | $126,600.00 |
| Funds on Hand: | $728.61 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.