| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-13888-AMC

Jesse Davis
Ebony Davis
404 Caldwater Cir.
Exton  PA   19341

Petition Filed Date: 09/28/2020
341 Hearing Date: 11/20/2020
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $750.00 | | 09/28/2023 | $750.00 | | 10/30/2023 | $750.00 | |
| 11/29/2023 | $750.00 | | 01/02/2024 | $750.00 | | 01/30/2024 | $750.00 | |
| 02/29/2024 | $750.00 | | 03/28/2024 | $750.00 | | 04/29/2024 | $750.00 | |
| 05/29/2024 | $750.00 | | 06/28/2024 | $750.00 | | 07/29/2024 | $750.00 | |

**Total Receipts for the Period: $9,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $116,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $7,472.40 | $3,482.44 | $3,989.96 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $30,314.34 | $14,127.64 | $16,186.70 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $6,961.91 | $3,244.57 | $3,717.34 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $4,656.70 | $2,170.24 | $2,486.46 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $7,372.18 | $3,435.74 | $3,936.44 |
| 6 | BMW FINANCIAL SERVICES NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $9,587.74 | $4,468.24 | $5,119.50 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $1,089.88 | $495.24 | $594.64 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $26,159.06 | $26,159.06 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $18,554.34 | $8,647.06 | $9,907.28 |
| 11 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BMW FINANCIAL SERVICES NA<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NEVADA NA<br>»» 012 | Unsecured Creditors | $8,081.09 | $3,766.09 | $4,315.00 |
| 14 | WELLSPAN<br>»» 013 | Unsecured Creditors | $1,201.70 | $546.05 | $655.65 |
| 15 | CITADEL CREDIT UNION<br>»» 014 | Unsecured Creditors | $4,838.77 | $2,255.00 | $2,583.77 |

| 16 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 015 | Unsecured Creditors | $70,164.08 | $32,699.14 | $37,464.94 |
| 17 | WEST CHESTER AREA SCHOOL DISTRICT<br>»» 016 | Unsecured Creditors | $1,791.58 | $834.94 | $956.64 |
| 18 | TOWNSHIP OF WEST GOSHEN<br>»» 017 | Unsecured Creditors | $1,791.52 | $834.88 | $956.64 |
| 0 | DIANE S TOSTA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $116,850.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $107,166.33 | Arrearages: | ($750.00) |
| Paid to Trustee: | $9,657.00 | Total Plan Base: | $126,600.00 |
| Funds on Hand: | $26.67 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.