| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 20-13888-AMC

Jesse Davis
Ebony Davis
404 Caldwater Cir.
Exton  PA    19341

Petition Filed Date: 09/28/2020
341 Hearing Date: 11/20/2020
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2024 | $750.00 | | 09/30/2024 | $750.00 | | 10/28/2024 | $750.00 | |
| 12/03/2024 | $750.00 | | 01/02/2025 | $750.00 | | 01/28/2025 | $750.00 | |
| 02/28/2025 | $750.00 | | 03/31/2025 | $750.00 | | 04/28/2025 | $750.00 | |
| 06/02/2025 | $750.00 | | 06/30/2025 | $750.00 | | 07/29/2025 | $750.00 | |

**Total Receipts for the Period: $9,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $126,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $7,472.40 | $3,838.28 | $3,634.12 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $30,314.34 | $15,571.21 | $14,743.13 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $6,961.91 | $3,576.13 | $3,385.78 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $4,656.70 | $2,392.00 | $2,264.70 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $7,372.18 | $3,786.82 | $3,585.36 |
| 6 | BMW FINANCIAL SERVICES NA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $9,587.74 | $4,924.78 | $4,662.96 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $1,089.88 | $546.51 | $543.37 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $26,159.06 | $26,159.06 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $18,554.34 | $9,530.62 | $9,023.72 |
| 11 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BMW FINANCIAL SERVICES NA<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NEVADA NA<br>»» 012 | Unsecured Creditors | $8,081.09 | $4,150.91 | $3,930.18 |
| 14 | WELLSPAN<br>»» 013 | Unsecured Creditors | $1,201.70 | $602.59 | $599.11 |
| 15 | CITADEL CREDIT UNION<br>»» 014 | Unsecured Creditors | $4,838.77 | $2,485.38 | $2,353.39 |

**Chapter 13 Case No. 20-13888-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | DEPARTMENT OF EDUCATION LOAN SERVICES »» 015 | Unsecured Creditors | $70,164.08 | $36,040.28 | $34,123.80 |
| 17 | WEST CHESTER AREA SCHOOL DISTRICT »» 016 | Unsecured Creditors | $1,791.58 | $920.23 | $871.35 |
| 18 | TOWNSHIP OF WEST GOSHEN »» 017 | Unsecured Creditors | $1,791.52 | $920.17 | $871.35 |
| 0 | DIANE S TOSTA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 19 | CHOICE RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | COMMERCIAL ACCEPTANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | JPMC CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $126,600.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $115,444.97 | Arrearages: | ($750.00) |
| Paid to Trustee: | $10,418.25 | Total Plan Base: | $126,600.00 |
| Funds on Hand: | $736.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.