United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13888-amc |
| Jesse Davis | Chapter 13 |
| Ebony Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 25, 2025 | Form ID: 138FIN | Total Noticed: 3 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jesse Davis, Ebony Davis, 404 Caldwater Cir., Exton, PA 19341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 26 2025 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 27, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| DIANE S. TOSTA | on behalf of Debtor Jesse Davis dianetostaesq@gmail.com |
| DIANE S. TOSTA | on behalf of Joint Debtor Ebony Davis dianetostaesq@gmail.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 138FIN | Total Noticed: 3 |

**EMMANUEL J. ARGENTIERI**
on behalf of Creditor U.S. Bank Trust National Association as Trustee of BKPL-EG Holding Trust bk@rgalegal.com

**JASON BRETT SCHWARTZ**
on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

**JONATHAN C. SCHWALB**
on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com

**LAUREN MOYER**
on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Holding Trust bkecf@friedmanvartolo.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

**ROGER FAY**
on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Holding Trust rfay@alaw.net, bkecf@milsteadlaw.com

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138FIN* (6/24)−doc 119 − 118

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Jesse Davis | ) | Case No. 20−13888−amc |
| | ) | |
|     Ebony Davis | ) | Chapter: 13 |
| | ) | |
|     Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: November 25, 2025                                                                                       For The Court

                                                                                                   Mohung Wong
                                                                                                   Clerk of Court