United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13888-amc |
| Jesse Davis | Chapter 13 |
| Ebony Davis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 05, 2026 | Form ID: 206 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jesse Davis, Ebony Davis, 404 Caldwater Cir., Exton, PA 19341 |
| 14548059 | + | Arcadya, PO Box 6768, Wyomissing, PA 19610-0768 |
| 14548063 | | Brandywine Valley, PO Box 1870, Cary, NC 27512-1870 |
| 14548053 | | Capital One Management, 698 South Ogdon Street, Buffalo, NY 14206-2317 |
| 14548056 | + | Coatesville Cardiology Clinic, PO Box 14099, Belfast, ME 04915-4034 |
| 14548065 | | Digestive Disease Assoc., PO Box 1870, Cary, NC 27512-1870 |
| 14548068 | + | First States Financial, PO Box 5827, Reading, PA 19610-5827 |
| 14548069 | | Life Counseling Svcs., PO Box 3475, Toledo, OH 43607-0475 |
| 14548052 | | Midlantic Urology, PO Box 1870, Cary, NC 27512-1870 |
| 14566898 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14548051 | + | Radius Global Solutions, PO Box 39095, Minneapolis, MN 55439-0095 |
| 14548048 | | Reamstown Fire Company, PO Box 726, New Cumberland, PA 17070-0726 |
| 14548055 | | Tower Health System, PO Box 16051, Reading, PA 19612-6051 |
| 14548058 | | Tri-County Hospital, PO Box 37803, Baltimore, MD 21297-7803 |
| 14548050 | + | Uwchlan Ambulance Corp., 70 West Welch Pool Rd., Exton, PA 19341-1222 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 00:40:22 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 00:40:17 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jan 06 2026 00:22:28 | Rushmore Loan Management Services LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14547261 | + | Email/Text: bkfilings@zwickerpc.com | Jan 06 2026 00:26:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14548037 | + | Email/Text: bkfilings@zwickerpc.com | Jan 06 2026 00:26:00 | American Express National Bank, c/o Zwicker & Associates P.C., 80 Minuteman Rd., PO Box 9043, Andover, Mass. 01810-0943 |
| 14547685 | + | Email/Text: bkfilings@zwickerpc.com | Jan 06 2026 00:26:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14547185 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 00:40:11 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, |

Case 20-13888-amc   Doc 122   Filed 01/07/26   Entered 01/08/26 00:44:03   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 206 | Total Noticed: 57 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 14554908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 00:40:11 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14548038 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 06 2026 00:40:11 | BMW Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 14548040 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 00:40:18 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14547702 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2026 00:40:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14548039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 00:40:11 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14548045 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Jan 06 2026 00:26:00 | Choice Recovery, 1105 Schrock Rd., Ste. 700, Columbus, OH 43229-1168 |
| 14548035 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 06 2026 00:26:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton,, PA 19341-1119 |
| 14555580 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 00:40:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14548041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 00:40:17 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14548070 | + | Email/Text: mediamanagers@clientservices.com | Jan 06 2026 00:26:00 | Client Services, inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 14548046 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 06 2026 00:26:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Ste. 102, Camp Hill, PA 17011-7303 |
| 14548047 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2026 00:26:00 | Department of the Treasury, Internal Revenue Service, ACS Support, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14548062 | ^ | MEBN | Jan 06 2026 00:22:24 | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 14548066 | | Email/Text: Harris@ebn.phinsolutions.com | Jan 06 2026 00:26:00 | Harris & Harris LTD, 111 West Jackson Blvd., Ste. 400, Chicago, IL 60604-4135 |
| 14548042 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 06 2026 00:40:22 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 14547378 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 06 2026 00:26:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14548054 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 06 2026 00:26:00 | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14548061 | ^ | MEBN | Jan 06 2026 00:22:25 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14548049 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2026 00:26:00 | Midland Credit Management, 350 Camino De la Reina, Suite 100, San Diego, CA 92108-3007 |
| 14549889 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2026 00:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14548064 | | Email/Text: Bankruptcies@nragroup.com | Jan 06 2026 00:26:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14572535 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 06 2026 00:40:17 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14556065 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 06 2026 00:26:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Bankruptcy Dept, PO Box 10826, Greenville, SC 29603-0826 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14548060 | + | Email/Text: bkrnotice@prgmail.com | Jan 06 2026 00:26:00 | Paragon Revenue Group, 216 Le Phillip Ct NE, Concord, NE 28025-2954 |
| 14548067 | ^ | MEBN | Jan 06 2026 00:22:31 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd., Suite 104, Moosie, PA 18507-2161 |
| 14644180 | ^ | MEBN | Jan 06 2026 00:22:28 | Rushmore Loan Management Services, LLC, c/o Lorraine Gazzara Doyle, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 14548043 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 00:40:11 | SYBCB/Care Credit, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 14548036 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 06 2026 00:26:00 | Sallie Mae Bank Inc., PO Box 3229, Wilmington, DE 19804-0229 |
| 14548034 | | Email/Text: mtgbk@shellpointmtg.com | Jan 06 2026 00:26:00 | Shellpoint Mortgage Servicing, PO Box 51850, Livonia, MI 48151-5850 |
| 14579581 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 06 2026 00:26:00 | Township of West Goshen, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14624904 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2026 00:26:00 | U.S. Bank Trust National Association, as, Trustee of BKPL-EG Holding Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14548044 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 06 2026 00:40:17 | WF CRD SVC, PO Box 14517, Des Moines, IA 50306-3517 |
| 14557741 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 06 2026 00:40:17 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14548057 | + | Email/Text: bankruptcynotification@wellspan.org | Jan 06 2026 00:26:00 | Wellspan, PO Box 15119, York, PA 17405-7119 |
| 14579559 | + | Email/Text: Bankruptcy@keystonecollects.com | Jan 06 2026 00:26:00 | West Chester Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14548032 | | CREDITORS MATRIX |
| 14644107 | | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services LLC as Servicer for U.S. Bank, 1325 Franklin Avenue, Suite 230Garden Ci |
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14547186 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14547188 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14548033 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, PO Box 69, Stop 811, Memphis, TN 38101-0069 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 206 | Total Noticed: 57 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:**

**Name**      **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

DIANE S. TOSTA
  on behalf of Joint Debtor Ebony Davis dianetostaesq@gmail.com

DIANE S. TOSTA
  on behalf of Debtor Jesse Davis dianetostaesq@gmail.com

EMMANUEL J. ARGENTIERI
  on behalf of Creditor U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust bk@rgalegal.com

JASON BRETT SCHWARTZ
  on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JONATHAN C. SCHWALB
  on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com

LAUREN MOYER
  on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust bkecf@friedmanvartolo.com

MICHELLE L. MCGOWAN
  on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

ROGER FAY
  on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association  as Trustee of BKPL-EG Holding Trust rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Jesse Davis and Ebony Davis　　　　　　　　　　　　　　　Case No: 20−13888−amc

　　　Debtor(s)

---

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☒ Debtor did not file certification of completion of instructional course concerning personal financial management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court

Dated: January 5, 2026　　　　　　　　　　　　　　　　　Mohung Wong
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　121
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 206