Certificate Number: 02921-PAE-DE-040149906

Bankruptcy Case Number: 20-13888



02921-PAE-DE-040149906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2025, at 7:35 o'clock AM EDT, Jesse Davis completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 1, 2025                    By:    /s/Flora Friedman

                                           Name:  Flora Friedman

                                           Title: Credit Counselor

Certificate Number: 02921-PAE-DE-040150633

Bankruptcy Case Number: 20-13888



02921-PAE-DE-040150633

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2025, at 7:35 o'clock AM EDT, Ebony Davis completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 1, 2025              By:   /s/Flora Friedman

                                     Name: Flora Friedman

                                     Title: Credit Counselor